# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00619-CV

**In re Anthony Robert Trejo**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator, Anthony Robert Trejo, an inmate in the Texas Department of Criminal Justice, filed a pro se petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52.1. In his petition, Trejo appears to ask us to issue a writ of mandamus directed to the "State of Texas," the Texas Court of Criminal Appeals, and "Federal Agents."

By statute, this Court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code § 22.221. None of the parties that Trejo has named is a party against whom we may issue a writ of mandamus. Nor has Trejo demonstrated that the exercise of our writ power is necessary to enforce our jurisdiction. We have no jurisdiction to grant Trejo any relief.

Accordingly, the petition is dismissed for want of jurisdiction.

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Filed: October 14, 2014